**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL HERNANDEZ & FRANCISCO SERRANO ET. AL.

Plaintiff(s)
Petitioner(s)

- against -

TRILOKE REALTY LLC & JOHN DOES #1-10

Defendant(s)
Respondent(s)

INDEX #: 07 CV 11138
DATE FILED: 12/10/2007

JUDGE: JED S. RAKOFF

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/27/2007, 12:11PM at 134 WEST 29TH STREET, SUITE #1009, NEW YORK NY 10003, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, COPY OF INDIVIDUAL RULES OF PRACTICE HON. JED S. RAKOFF & COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN
on TRILOKE REALTY LLC, a defendant in the above action.

By delivering to and leaving with SONNY ADVANEY at the above address and that he knew the person so served to be the managing agent of the L.L.C..

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 35   Approximate height 6'04"   Approximate weight 235   Color of skin WHITE   Color of hair BLACK   Other GLASSES, MUSTACHE, BEARD

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 12/28/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726