UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL HERNANDEZ and FRANCISCO SERRANO, individually, and on behalf of others similarly situated,

      Plaintiffs,

-against-

TRILOKE REALTY, LLC and JOHN DOES #1-#10

      Defendants.

---

Index No.: 07 CV 11138

**Rule 7.1 Disclosure Statement**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Triloke Realty, LLC, (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: None.

Dated: Mineola, New York
   February 11, 2008

              WESTERMAN BALL EDERER MILLER
               & SHARFSTEIN, LLP

          By: _____
              Phillip J. Campisi, Esq. (PC 0875)
              170 Old Country Road, Suite 400
              Mineola, New York 11501
              (516) 622-9200
              Fax: (516) 622-9212
              *Attorneys for Defendant Triloke Realty, LLC*

TO: Justin A. Zeller, Esq. (JZ 7094)
    LAW OFFICES OF JUSTIN ZELLER
    251 West 14th Street, 5th Floor
    New York, NY 10011
    Tel: (212) 229-2249
    Fax: (212) 229-2246
    *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL HERNANDEZ and FRANCISCO
SERRANO, individually, and on behalf of          Index No.: 07 CV 11138
others similarly situated,

                          Plaintiff,          **AFFIDAVIT OF SERVICE**

   - against -

TRILOKE REALTY, LLC and JOHN
DOES #1-#10

                         Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF NASSAU )

      SHERITA COOK, being duly sworn, deposes and says:

      That I am not a party to this action, am over 18 years of age and reside in the County of Nassau in the State of New York;

      On February 11, 2008, deponent served a true and correct copy of the attached **Rule 7.1 Disclosure Statement** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon via facsimile upon:

      Justin A. Zeller, Esq. (JZ 7094)
      LAW OFFICES OF JUSTIN ZELLER
      251 West 14th Street, 5th Floor
      New York, NY 10011
      Fax: (212) 229-2246
      *Attorney for Plaintiffs*

                                                _____
                                                SHERITA COOK

Sworn to before me this
11th day of February, 2008

_____
Notary Public
FLORENCE JEAN-JOSEPH
Notary Public, State of New York
No. 41-5010171
Qualified in Queens County
Commission Expires 9/18/2009